# Third District Court of Appeal

## State of Florida

Opinion filed October 8, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0683
Lower Tribunal No. M24-22073
_____

**Torrence Lamont Cook,**
Appellant,

vs.

**State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Elisabeth Espinosa Marin, Judge.

Torrence Lamont Cook, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.